IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEON HAWKINS, SR.,

       Plaintiff,                    No. 2:11-cv-1016 JAM JFM (PC)

   vs.

MOON Y. JEU, et al.,

       Defendants.          <u>ORDER</u>

_____/

       Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

       By an order filed July 11, 2011, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms and copies of his complaint which are required to effect service on the defendants. On July 22, 1011, plaintiff submitted the USM-285 forms but only submitted two copies of the May 3, 2011 complaint.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Clerk of the Court is directed to return the copy of the complaint submitted by plaintiff on May 3, 2011; and

/////

/////

1

2. Within thirty days, plaintiff shall submit to the court the eight copies of the May 3, 2011 complaint required to effect service. Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

DATED: July 28, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
hawk1016.8f