IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID LEON HAWKINS, SR.,

        Plaintiff,                    No.  2:11-cv-1016 JAM JFM (PC)

    vs.

MOON Y. JEU, et al.,

        Defendants.          ORDER

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On January 5, 2012, plaintiff filed a motion for appointment of counsel.[1]  The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court finds that a request for further information is appropriate.

---

[1] In the alternative, plaintiff seeks appointment of another inmate as plaintiff's "voice and counsel of record."  The court has no authority to appoint a non-lawyer to represent plaintiff in this action.

1

In view of the claims raised in this action, the court has forwarded a copy of plaintiff's complaint to the Receiver in <u>Plata v. Brown</u>, No. C01-1351 TEH (N.D.Cal.) and has requested from the Receiver a response concerning plaintiff's medical status and whether his medical needs can be adequately met in his present housing placement.

In accordance with the above, IT IS HEREBY ORDERED that plaintiff's January 5, 2012 motion for the appointment of counsel is denied without prejudice. The court will revisit this matter on or before January 24, 2012.

DATED: January 10, 2012.

UNITED STATES MAGISTRATE JUDGE

12/mp
hawk1016.31