1   **WILLIAMS & ASSOCIATES**
    1250 Sutterville Road, Suite 290
2   Sacramento, CA  95822
    (916) 456-1122
3   (916) 737-1126 (fax)

4   Kathleen J. Williams, CSB #127021
    Martha M. Stringer, CSB #156333
5
    Attorneys for defendants
6   BAL, CARDENO, DEEMS, JEU,
    LEE, REDDY, SAHOTA, STOCKER
7

8
                            **THE UNITED STATES COURT**
9                           **EASTERN DISTRICT OF CALIFORNIA**

10  DAVID LEON HAWKINS, SR.,            )   CASE NO: 2:11-cv-01016-JAM-JFM
                                        )
11              Plaintiff,              )   **ORDER**
                                        )
12  v.                                  )
                                        )
13  MOON Y. JEU, et al.,                )
                                        )
14              Defendants.             )
    _____ )
15

16                              **ORDER**

17          Defendants BAL, CARDENO, DEEMS, JEU, LEE, REDDY, SAHOTA,

18  STOCKER seek an order from the Court, pursuant to Federal Rule of Civil Procedure

19  30(b)(4), to permit defendant's counsel to conduct the deposition of plaintiff DAVID

20  LEON HAWKINS, SR. (F-44005) via video conference.

21          Having read defense counsel's request,

22          IT IS HEREBY ORDERED THAT:

23          1.      Defendants' request to conduct plaintiff's deposition via video conference

24  is GRANTED.

25  //

26  //

27  //

28
    _____
    *Hawkins v. Jeu, et al. [2:11-cv-01016-JAM-JFM]*      Order                          Page 1

1    2.    Nothing in this Order shall be interpreted as requiring any penal institution

2  to obtain videoconferencing equipment if it is not already available.

3

4  Dated: January 18, 2012.

5

6

7                                  UNITED STATES MAGISTRATE JUDGE

8  /hawk1016.vcd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE BY MAIL

Case Name: *Hawkins v. Jeu, et al.*
Case Number:        2:11-cv-01016-JAM-JFM
Court Name:           USDC, Eastern District of California

I am a citizen of the United States, employed in the City and County of Sacramento. My business address is 1250 Sutterville Road, Suite 290, Sacramento, California 95822. I am over the age of 18 years and not a party to the above-entitled action.

I am familiar with WILLIAMS & ASSOCIATES' practice whereby the mail is sealed, given the appropriate postage and placed in a designated mail collection area. Each day's mail is collected and deposited in a U.S. mailbox after the close of each day's business.

I certify that on January 10, 2012, pursuant to F.R.C.P. 5(b), I deposited in the United States mail, postage prepaid, a true copy of the document entitled:

**PROPOSED ORDER**

and addressed as follows:

**LEGAL DOCUMENTS ENCLOSED**
David Hawkins
F-44005
CSP-San Quentin
San Quentin, CA 94974

I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

DATED: January 10, 2012

*/s/AG Thomas*
AG Thomas